UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

POSITANO PLACE AT NAPLES IV
CONDOMINIUM ASSOCIATION, INC., a
Florida not-for-profit corporation,

      Plaintiff,

v.                           Case No. 2:21-cv-186-JLB-NPM

EMPIRE INDEMNITY INSURANCE
COMPANY,

      Defendant.

_____/

**ORDER**

      Defendant moves to transfer this case to the judges presiding over the first of four related cases under Local Rule 1.07(2)(B).[1]  (Doc. 11.)  Plaintiff has no objection to the transfer.  (Doc. 12.)  Having reviewed the motion, and with the consent of the transferee judge, the motion to transfer is **GRANTED**.  The Clerk shall transfer this case to the Honorable Judge Sheri Polster Chappell for all further proceedings, with her consent.

      **ORDERED** in Fort Myers, Florida, on April 12, 2021.

**JOHN L. BADALAMENTI**
UNITED STATES DISTRICT JUDGE

---

[1] Positano Place at Naples I Condo. Assoc., Inc. v. Empire Indem. Ins., 2:21-cv-178-FtM-SPC-MRM; Positano Place at Naples II Condo. Assoc. Inc. v. Empire Indem. Ins., 2:21-cv-181-FtM-JES-MRM; Positano Place at Naples III Condo. Assoc., Inc. v. Empire Indem. Ins., 2:21-cv-183-FtM-SPC-NPM.